UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>       Plaintiffs,<br>v.<br><br>SAFINO DESIGNS, INC., d.b.a. STORM INTERNATIONAL FLORIST; MICHAEL A. SAFINO; and DOES 1 THROUGH 10, Inclusive,<br><br>       Defendants. | Civil No. 06cv1707 L (WMc)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING EARLY NEUTRAL EVALUATION CONFERENCE** |

The Court held an Order to Show Cause Hearing on April 25, 2008 in the above-entitled case. Attorney for plaintiff, David Wakefield, appeared. After hearing from plaintiff's counsel of record, **IT IS HEREBY ORDERED** that the Order to Show Cause is discharged without sanctions.

An **in-person** Early Neutral Evaluation Conference ("ENE") will be held on **May 16, 2008 at 9:30 a.m.** in the chambers of Judge McCurine, 940 Front St., Courtroom C, San Diego, CA 92101.

///

///

1 | Confidential ENE conference statements shall be lodged with the Court no later than **May 14, 2008**.

2 | Absent extraordinary circumstances **NO CONTINUANCES** will be granted.

3 |     **IT IS SO ORDERED.**

4 | DATED: April 28, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

Copy to:

HONORABLE M. JAMES LORENZ, UNITED STATES DISTRICT JUDGE
ALL COUNSEL OF RECORD